UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| MERTUS CORLEY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:02-CV-807 RM |
| | ) | |
| TEAMSTERS LOCAL NO. 135, | ) | |
| | ) | |
| Defendant | ) | |

OPINION and ORDER

On July 26, Mr. Mertus Corley requested the court to appoint him counsel. Because this case is now closed and the time for Mr. Corley to appeal has passed, the court DENIES his request without further consideration.

SO ORDERED.

ENTERED: August 2, 2005

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

cc: M. Corley
W. Groth